SOUTH FLORIDA TRUST COMPANY, a Florida Corporation, *Plaintiff in Error,* vs. MIAMI COLISEUM CORPORATION, a Florida corporation; G. R. WASHBISH, and J. K. DORN, *Defendants in Error.*

Opinion filed March 28, 1931.

*Paul C. Taylor* and *Carroll W. Fussell,* for Plaintiffs in Error;

*Marion Brooks,* for Defendants in Error.

1354

1356

1358

PER CURIAM.—The record in this cause having been considered by the Court, and the foregoing opinion prepared under Chapter 14553, Acts of 1929, adopted by the Court as its opinion, it is considered, ordered, and adjudged by the Court that the judgment of the court below be, and the same is hereby, reversed.

BUFORD, C.J., AND WHITFIELD, ELLIS, TERRELL, BROWN, AND DAVIS, J.J., concur.